# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| Kathleen Uradnik, | Court File No. 18-cv-1895 (PAM/LIB) |
| Plaintiff, | |
| vs. | **ORDER TO STAY PROCEEDINGS PENDING APPEAL AND EXTEND TIME TO RESPOND** |
| Inter Faculty Organization, St. Cloud State University, and Board of Trustees of the Minnesota State Colleges and Universities, | |
| Defendants. | |

Upon consideration of the parties' Stipulation to Stay Proceedings Pending Appeal and Extend Time to Respond [Docket No. 46], **IT IS HEREBY ORDERED** that the present case shall be **STAYED** through the pendency of Plaintiff's interlocutory appeal of the denial of her motion for a preliminary injunction. Further, for those Defendants who have not yet responded to the Complaint, their deadline to file an answer or other responsive pleading shall be extended until a decision is rendered on the Plaintiff's interlocutory appeal. Answers or other responsive pleadings to the Complaint, shall be filed up to and including the date twenty-one (21) days after the Eighth Circuit Court of Appeals issues its decision of Plaintiff's interlocutory appeal of the denial of her motion for a preliminary injunction

DATED:   October 17, 2018            s/Leo I. Brisbois
                                     Leo I. Brisbois
                                     U.S. MAGISTRATE JUDGE